IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GRACE COMMUNITY CHURCH
OF TCHULA                                                                                      PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:09cv762-HTW-LRA

COUNTRY LIVING INSURANCE, INC.
AND CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON                                                                          DEFENDANTS

_____

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**
_____

THIS CAUSE having come before the Court on the ore tenus motion of the Plaintiff and Defendants, and the Court being advised that said parties have compromised and settled this claim and they desire the Court to dismiss all claims with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 16th day of February, 2010.

             s/ HENRY T. WINGATE
             CHIEF JUDGE
             UNITED STATES DISTRICT COURT

AGREED:

/s/ Marc Boutwell
MARC BOUTWELL
Attorney for Plaintiff

/s/ William C. Brabec
WILLIAM C. BRABEC (MB #4240)
Attorney for Defendant